IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED KEETOOWAH BAND OF )
CHEROKEE INDIANS OF OKLAHOMA, )
)
)
Plaintiff, )
)
v. ) Case No. CIV-06-533-RAW
)
UNITED STATES DEPARTMENT OF , )
HOUSING AND URBAN DEVELOPMENT, )
ALPHONSO JACKSON; and ORLANDO )
J. CABRERA, )
)
)
Defendants. )

## JUDGMENT

In accordance with the Order entered contemporaneously herewith, it is hereby Ordered, Adjudged and Decreed pursuant to Rule 58 F.R.Cv.P., that Judgment be entered in favor of defendants and against plaintiff.

**ORDERED this 9th day of JANUARY, 2008.**

**Dated this 9th Day of January 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma